UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>JAMES DZURENDA, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:18-cv-00426-MMD-CBC<br><br>ORDER |

Before the Court is Plaintiff Joseph M. Anderson's "motion to drop two defendants under Federal Rule of Civil Procedure 21" (ECF No. 49), which the Court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants filed a notice of non-opposition. (ECF No. 51.)

"Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted). "The dismissal is effective on filing and no court order is required." *Id.* "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice." *Id.*

Given that neither an answer nor motion for summary judgment has been served, Plaintiff's notice of voluntary dismissal is already effective and Defendants B. Carthen and R. Rutherford were dismissed from this action when Plaintiff filed his notice on May 17, 2019. (ECF No. 49.) The Clerk of the Court is instructed to update the docket to reflect this fact.

DATED THIS 4th day of June 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE