UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00426-MMD-CBC<br><br>ORDER |

Plaintiff Joseph M. Anderson, who is in the custody of the Nevada Department of Corrections ("NDOC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla B. Carry (ECF No. 84), recommending that the Court deny Plaintiff's motion for a preliminary injunction and a temporary restraining order (ECF Nos. 19, 20); deny Plaintiff's motion for a temporary restraining order (ECF No. 63); and deny as moot Plaintiff's motion for a hearing regarding these motions (ECF No. 33). Plaintiff had until August 7, 2019 to file an objection. To date, no objection to the R&R has been filed. For this reason and as explained below, the Court adopts the R&R and denies Plaintiff's motions.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no

objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Carry's R&R, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Carry found that Plaintiff did not present sufficient evidence to establish that he is likely to succeed on the merits of his RLUIPA[1] claim because Plaintiff did not "point to any particular evidence or say how it is related to his request for injunctive relief." (ECF No. 84 at 8.) Judge Carry also found that Plaintiff did not present sufficient evidence to establish that he is likely to succeed on the merits of his due process claims related to Administrative Regulation ("AR") 740 because he did not allege any actual injury. (*Id.* at 12.) Having reviewed the R&R and the relevant motions, the Court agrees with Judge Carry.

It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. 84) is adopted in full.

It is further ordered that the following motions are denied: Plaintiff's motion for a preliminary injunction and a temporary restraining order (ECF Nos. 19, 20) and Plaintiff's motion for a temporary restraining order (ECF No. 63).

It is further ordered that Plaintiff's motion for a hearing regarding these motions (ECF No. 33) is denied as moot.

DATED THIS 12th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc, *et seq.*

2