Case 3:18-cv-00426-MMD-CLB   Document 137   Filed 02/14/20   Page 1 of 4

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 19 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Kim Adamson, Romeo Aranas, Veronica Austin, Renee Baker,*
*Susan Baros, Fransisco Bautista, Dwayne Baze, Quentin Byrne,*
*David Carpenter, Tara Carpenter, Ian Carr, Anthony Carrasco,*
*Nichole Cordova, James "Greg" Cox, Scott Davis, Russell Donnelly,*
*James Dzurenda, Arwen Feather, Gilberto Florio-Ramirez, Sheryl Foster,*
*Tom Garrett, Coralee Gorsline, Katherine Hegge, Desiree Hultenschmidt,*
*William Kablitz, Alan Lima, Dominick Martucci, E.K. McDaniel, Valaree Olivas,*
*William Sandie, Richard Snyder, James Stogner, Roger Terrance, Kim Thomas,*
*Joy Walsh, Harold Wickham and Catherine Yup*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

[handwritten: ORDER]

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>  Defendants. | Case No. 3:18-cv-00426-MMD-CLB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br>(Second Request) |

Defendants, Kim Adamson, Romeo Aranas, Veronica Austin, Renee Baker, Susan Baros, Francisco Bautista, Dwayne Baze, Quentin Byrne, David Carpenter, Tara Carpenter, Ian Carr, Anthony Carrasco, Jeffrey Chandler, Nichole Cordova, James "Greg" Cox, Scott Davis, Russell Donnelly, James Dzurenda, Arwen Feather, Gilberto Florio-Ramirez, Sheryl Foster, Tim Garrett, Coralee Gorsline, Katherine Hegge, Desiree Hultenschmidt, William Kablitz, Alan Lima, Dominick Martucci, E. K. McDaniel, Valaree Olivas, William Sandie, Richard Snyder, James Stogner, Roger Terance, Kim Thomas, Joy Walsh, Harold Wickham and Catherine Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, , hereby move this Court for a second extension of time to file dispositive motions.  This Motion is made and based upon Federal Rules of Civil Procedure 6(b)(1)(A), the attached Points and Authorities,

1

the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. ARGUMENT

Defendants respectfully request an extension of time out from the current deadline (February 18, 2020) to file dispositive motions in this matter. This is the second request made in this matter. Plaintiff has filed multiple Motions to Compel discovery. (ECF Nos. 123, 124 and 125) Defense counsel submits that the Plaintiff's Motions to Compel Discovery are extensive and fact specific. Plaintiff has moved for an order to compel additional and amended responses to multiple answers to interrogatories (ECF No. 123), requests for production of documents, (ECF No. 124) and requests for admissions. (ECF No. 125). The time to respond to these motions was extensive. This Court graciously granted additional time to respond to the motions, (ECF No. 127). The responses were filed on January 16, 2020. (ECF Nos. 131, 132 and 133)

Plaintiff filed a motion for extension of time to file his replies. (ECF No. 134). The Court granted him until Friday, February 21, 2020 to file his replies. (ECF No. 136). This is after the current deadline. Because the Court's decision on these motions, and the discovery in this action may impact the proposed dispositive motion, it is requested that this Court grant the parties additional time, until March 18, 2020 to file dispositive motions.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough opportunity to brief a dispositive motion after this court decides the discovery dispute. The requested extension of time should permit the Defendants time to adequately research, draft, and submit a well briefed dispositive motion in this case. Defendants assert that the requisite good cause is present

///

1 to warrant the requested extension of time. Therefore, the Defendants request additional time, up until
2 Thursday, **March 18, 2020**, to file a dispositive motion.
3         DATED this 14th day of February, 2020.

                              AARON D. FORD
                              Attorney General

                        By:     /s/ Douglas R. Rands
                              DOUGLAS R. RANDS, Bar No. 3572
                              Senior Deputy Attorney General

                              *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 2/14/2020