# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANDERSON, | 3:18-CV-0426-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 4, 2020 |
| JAMES DZURENDA, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Three motions are currently pending. The court will address each motion in turn.

## ECF No. 148 – Motion for a stay of proceedings pending the disposition of a motion

Plaintiff's motion for a stay of proceedings (ECF No. 148) is **DENIED.** All motions and objections have been ruled upon except plaintiff's most recent motion for reconsideration of the District Court's order ECF No. 162).

## ECF No. 153 – Request for Service of Process re Walter Lima-Hernandez

Plaintiff's motion for service of process (ECF No. 153) is **GRANTED**.

The Clerk shall **ISSUE** a summons for defendant **Walter Lima-Hernandez** and send the same to the U.S. Marshal together with a copy of the address filed under seal (ECF No. 150), the amended complaint (ECF No. 23), the screening order (ECF No. 22), and this order for service on the defendant. The Clerk shall **SEND** to plaintiff one USM-285 form. Plaintiff shall have until **Friday, May 15, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, this defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**ECF No. 164 – Request for Service of Process of Pamela Feil**

Plaintiff's motion for service of process (ECF No. 164) is **GRANTED**.

The Clerk shall ISSUE a summons for defendant **Pamela Feil** and send the same to the U.S. Marshal together with a copy of the amended complaint (ECF No. 23), the screening order (ECF No. 22), and this order for service on the defendant. The Clerk shall **SEND** to plaintiff one USM-285 form. Plaintiff shall have until Friday, **May 15, 2020**, to complete the USM-285 service form and return it to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, this defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
         Deputy Clerk