UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANDERSON, | Case No. 3:18-CV-0426-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al. | |
| Defendants. | |

Defendants' motion for an extension of time to file a motion for summary judgment (ECF No. 207) is **GRANTED**. Defendants' motion for summary judgment has been filed and will be considered timely (ECF No. 208).

Plaintiff's motion for extension of time to respond to defendants' motion for summary judgment is **GRANTED** (ECF No. 213). Plaintiff shall have to and including **Thursday, January 28, 2021** to file a response to defendants' motion (ECF No. 208). Due to the length of this extension, no further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

DATED: December 7, 2020

_____
UNITED STATES MAGISTRATE JUDGE