1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

JOSEPH ANDERSON,

3:18-cv-0426-MMD-CLB

Plaintiffs,

5

v.

6

JAMES DZURENDA, et al.,

**ORDER**

7

Defendants.

8

9

10

11

Plaintiff's motion to produce legal papers and for extension of time (ECF No. 217/218) is **DENIED as moot**.  Plaintiff timely filed his opposition to defendants' motion for summary judgment (ECF No. 219).

12

13

14

15

16

17

18

19

20

21

22

23

Defendants' motion to for leave to file medical records under seal in support of defendants' motion for summary judgment. (ECF No. 209) is **GRANTED**.   This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a "compelling reason" for sealing records. *See, e.g., San Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL89931, at *n.1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL4715793, at * 1-2 (D.  HI. Nov. 15, 2010); *G. v. Hawaii*, 2010 WL 267483, at *1-2 (D.HI.  June 25, 2010); *Wilkins v. Ahern,* 2010 WL3755654 (N.D. Cal. Sept. 24, 2010); *Lombardi v. TriWest Healthcare Alliance Corp.*, 2009 WL 1212170, at * 1 (D.Ariz. May 4, 2009). This is because a person's medical records contain sensitive and private information about their health. Plaintiff's interest in keeping his sensitive health information confidential outweighs the public's need for direct access to the medical records.

24

25

Balancing the need for the public's access to information regarding plaintiff's medical history, treatment, and condition against the need to maintain the confidentiality of plaintiff's

26

27

1   medical records weighs in favor of sealing these exhibits.  Therefore, defendants' motion to

2   seal (ECF No. 209) is **GRANTED**.

3       **DATED:**  January 28, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

2