AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Kim Adamson, Romeo Aranas, Veronica Austin, Renee Baker,*
*Susan Baros, Fransisco Bautista, Dwayne Baze, Quentin Byrne,*
*David Carpenter, Tara Carpenter, Ian Carr, Anthony Carrasco,*
*Jeffrey Chandler, Nichole Cordova, James "Greg" Cox, Scott Davis,*
*Russell Donnelly, James Dzurenda, Arwen Feather, Gilberto Florio-Ramirez,*
*Sheryl Foster, Tim Garrett, Coralee Gorsline, Desiree Hultenschmidt,*
*William Kablitz, Alan Lima, Dominick Martucci, E.K. McDaniel,*
*Valaree Olivas, William Sandie, Richard Snyder, James Stogner,*
*Roger Terance, Kim Thomas, Joy Walsh, Harold Wickham and Catherine Yup*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>                  Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>                  Defendants. | Case No.  3:18-cv-00426-MMD-CBC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 219)** |

Defendants, Kim Adamson, Romeo Aranas, Veronica Austin, Renee Baker, Susan Baros, Francisco Bautista, Dwayne Baze, Quentin Byrne, David Carpenter, Tara Carpenter, Ian Carr, Anthony Carrasco, Jeffrey Chandler, Nichole Cordova, James "Greg" Cox, Scott Davis, Russell Donnelly, James Dzurenda, Arwen Feather, Gilberto Florio-Ramirez, Sheryl Foster, Tim Garrett, Coralee Gorsline, Desiree Hultenschmidt, William Kablitz, Alan Lima, Dominick Martucci, E. K. McDaniel, Valaree Olivas, William Sandie, Richard Snyder, James Stogner, Roger Terance, Kim Thomas, Joy Walsh, Harold Wickham and Catherine Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for an extension of time file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 219).   This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the

attached Points and Authorities, the papers and pleadings on file herein, and such other and further information as this Court may deem appropriate.

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  ARGUMENT

Defendants respectfully request an extension of time out from the current deadline (February 9, 2021) to respond to Plaintiff's Opposition to Defendants' Motion for Summary Judgment in this case. As the Court is aware, there has been a significant amount of discovery in this case. Counsel for the Defendants filed a Motion for Summary Judgment on November 16, 2020. (ECF No. 208). Plaintiff filed a Motion for Extension of Time to File his Opposition on November 24, 2020. (ECF No. 213). It was not opposed by Defendants. The Court granted his Motion and gave him until January 28, 2021 to file his Opposition. (ECF No. 214). Plaintiff also filed a Motion to Exceed Page Limits (ECF No. 215) which was granted. (ECF No. 216). Plaintiff filed his Opposition on January 27, 2021. (ECF No. 219). Plaintiff's Opposition is 995 pages, with 46 exhibits. Due to the sheer volume of the documents, Defendants request an additional 30 days to respond to Plaintiff's opposition.

Plaintiff's Opposition is 995 pages long. Responding to the Opposition will take a considerable amount of time and energy. Also, the week before this reply Counsel was working on several motions, including a Motion for Summary Judgment in the case of *Burns v Davis* Case No. 2:19-cv-00218-RFB-BNW. This made the response to this Opposition more difficult. Therefore, the Defendants request an additional 30 days, or until **March 9, 2021** to respond to Plaintiff's Opposition.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough opportunity to review the case through the Summary Judgment process. The requested extension of time should permit the Defendants to review Plaintiff's Opposition in its entirety and file a proper Reply to the Opposition to their Motion for Summary Judgment in this case. As the Court is

2

aware, there are medical and religious counts against over 42 different Defendants in this action. Trial in this matter will be unwieldy at best. If certain claims and parties are dismissed through Summary Judgment, the Court's resources will be preserved.

Plaintiff is not prejudiced by the delay. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Plaintiff also received an extension of time, that was unopposed. Good cause appearing, the Defendants request an extension, until **March 9, 2021**, to file their Reply to Plaintiff's Opposition to Defendants Motion for Summary Judgment (ECF No. 219).

DATED this 8th day of February, 2021.

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

IT IS SO ORDERED.

Dated: February 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE

3

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of February, 2021, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 219)**, by U.S. District Court CM/ECF Electronic Filing to:

Joseph Anderson #62253
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

        /s/ Roberta W. Bibee
An employee of the
Office of the Attorney General