UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:18-cv-00426-MMD-CLB<br><br>ORDER |

　　　On August 31, 2018, *pro se* Plaintiff Joseph M. Anderson, who is in the custody of the Nevada Department of Corrections, initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) On February 15, 2022, Defendants filed a suggestion of death on the record as to Defendant Richard Snyder. (ECF No. 256.)

　　　Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

　　　It is therefore ordered that the Court will dismiss Defendant Richard Snyder from this case if there is no motion for substitution filed within 90 days of the date of this order.

　　　DATED THIS 17th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE