**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DZURENDA, *et. al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:18-cv-00426-MMD-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND COPY WORK LIMIT**<br><br>[ECF No. 295] |

　　　Plaintiff's motion for extension of legal copy work, (ECF No. 295), is **GRANTED**. In his motion, Plaintiff states that he has exceeded his photocopy limit and requests that the Court allow him to exceed the limit in order to prosecute this case. The Court will allow Plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $20.00 in this case. The additional $20.00 shall be added to Plaintiff's prison account to be paid when Plaintiff has funds available. The Court cautions Plaintiff that he should carefully consider the documents he intends to copy because the Court will not allow Plaintiff to exceed the copy limit by more than $20.00 under any circumstance.

　　　The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

　　　**IT IS SO ORDERED.**

**DATED**: September 7, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**