1   AARON D. FORD
    Attorney General
2   DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
3   State of Nevada
    100 N. Carson Street
4   Carson City, Nevada 89701-4717
    Tel: (775) 684-1150
5   E-mail: drands@ag.nv.gov

6   *Attorneys for Defendants*
    *Renee Baker, Susan Baros, Dwayne Baze, Quentin Byrne,*
7   *Tara Carpenter, Anthony Carrasco, Jeffery Chandler, Scott Davis,*
    *James Dzurenda, Arwen Feather, Coralee Gorsline,*
8   *Valaree Olivas, , Richard Snyder, James Stogner, Kim Thomas,*
    *Joy Walsh, and Harold Wickham*
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. ANDERSON, | Case No. 3:18-cv-00426-MMD-CLB |
| Plaintiff, | |
| v | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JAMES DZURENDA, et al., | |
| Defendants | |

Plaintiff, Joseph M. Anderson, pro se, and Defendants, Dwayne Baze, Quentin Byrne, Tara Carpenter, Anthony Carrasco, Jeffrey Chandler, Scott Davis, James Dzurenda, Arwen Feather, Coralee Gorsline, Valaree Olivas, Richard Snyder, James Stogner, Kim Thomas, Joy Walsh, and Harold Wickham by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

///
///
///
///
///
///
///
///

1  Douglas R. Rands, Senior Deputy Attorney General, , hereby stipulate that the above-captioned action
2  should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

3  DATED this 21 day of July, 2023                  DATED this 18th day of October, 2023

                                                    AARON D. FORD
                                                    Attorney General

6  By: _____                      By: __/s/ Douglas R. Rands_____
       JOSEPH M. ANDERSON                                DOUGLAS R. RANDS, Bar No. 3572
7      Plaintiff Pro Se                                  Senior Deputy Attorney General
                                                         100 N. Carson Street
                                                         Carson City, NV 89701-4717
                                                         (775) 684-1150
                                                         drands@ag.nv.gov

                                                    *Attorneys for Defendants*

                                                    IT IS SO ORDERED.

                                                    _____
                                                    US DISTRICT JUDGE
                                                    DATED: October 18, 2023

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 18th day of October, 2023, I caused to be served a copy of the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Joseph Anderson #62253
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419

                                       */s/ Roberta W. Bibee*
                                       An employee of the
                                       Office of the Attorney General