UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>         Plaintiff,<br><br>  v.<br><br>JAMES DZURENDA, *et al.*,<br><br>         Defendants. | Case No. 3:18-CV-00426-MMD-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES AND REQUEST FOR JUDICIAL NOTICE**<br><br>[ECF Nos. 304, 305] |

  On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On November 25, 2024, non-party Thomas Burdsal ("Burdsal"), filed two documents in this case: (1) Notice of Related Cases; and (2) Request/Motion for Judicial Notice, (ECF Nos. 304, 305).

  These filings violate GO 2021-05, as the documents are improper notices filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, these documents were improperly filed as Burdsal is not a party to this action and he may not file documents in cases he is not a party to. Further, this case was dismissed with prejudice and closed on October 18, 2023. (ECF No. 303.)

  Accordingly, **IT IS ORDERED** that the notice of related cases and request for judicial notice, (ECF Nos. 304, 305), are hereby **STRICKEN**.

  **IT IS FURTHER ORDERED** that no further documents are to be filed in this closed case. The Clerk is directed to return as unfiled any further documents received in this closed case.

**DATED**: November 26, 2024

UNITED STATES MAGISTRATE JUDGE