# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| JOSEPH M. ANDERSON,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                      Defendants. | Case No. 3:18-CV-00426-MMD-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES**<br><br>[ECF No. 307] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On November 25, 2024, non-party Brandon Green ("Green"), filed a Notice of Related Cases in this action. (ECF No. 307.)

This filing violates GO 2021-05, as the document is an improper notice filed with the Court. *See* GO 2021-05, § 3(d). In addition to this violation of GO 2021-05, this document was improperly filed as Green is not a party to this action and he may not file documents in cases he is not a party to. Further, this case was dismissed with prejudice and closed on October 18, 2023. (ECF No. 303.)

Accordingly, **IT IS ORDERED** that the notice of related cases, (ECF No. 307), is hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that no further documents are to be filed in this closed case. The Clerk is directed to return as unfiled and/or strike any further documents received in this closed case.

**DATED**: December 6, 2024

                                                    **UNITED STATES MAGISTRATE JUDGE**